```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

_____  
                                        )  
HERBERT S. GREEN, JR.,                  )  
                                        )  
            Plaintiff,                  )  
                                        )  
        v.                              ) Civ. Action No. 03-1984 (EGS)  
                                        )  
ELAINE CHAO, Secretary,                 )  
U.S. Department of Labor                )  
                                        )  
            Defendant.                  )  
_____)  


## ORDER

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated by the Court in its Memorandum Opinion docketed this same day, it is this 15th day of March, 2005, hereby

**ORDERED** that the federal defendant's Motion for Summary Judgment is **GRANTED** and that this case is **DISMISSED WITH PREJUDICE**.  It is further

**ORDERED and ADJUDGED** that the Clerk shall enter final judgment in favor of defendant and shall remove this case from the active calendar of the Court.

**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **March 15, 2005**